In the Matter of Supplementary Proceedings: LOUIS GOLDBERG, Appellant, v. FRANK BROWN and WANDA WINKICL, Copartners, Trading under the Firm Name and Style of FRANK BROWN, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Application of SILVIO A. LANZA, Respondent, for an Order of Mandamus against GEORGE J. RYAN, as President, and Others, as Members of the Board of Education of the City of New York, and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ. Settle order on notice.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His Account as Administrator, etc., of ARON LEVENSON, Deceased. JACOB LEVENSON and Others, Appellants; KATE LEVENSON and Others, Respondents.— Motion to extend time to perfect and argue appeal from decree denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His Account as Administrator of the Estate of ARON LEVENSON, Deceased, Appellant, against HARRY LEVENSON and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Application of BERTHA LOVETT for Payment of Awards for Damage Parcel No. 13 on the Damage Map and in the Decree of the Court in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Located on the Southerly Side of One Hundred and Fourteenth Avenue, between One Hundred and Forty-second and One Hundred and Forty-third Streets, South Jamaica, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Application of HENRY F. L. MILSTREY and INEZ EMILY MULLIGAN for the Payment of Award for Damage Parcel No. 4 on the Damage Map and in the Decree of the Court in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Situate on the Southerly Side of Stafford Avenue, between Kessel and Juno Streets, West of Forest Hills Gardens, Borough of Queens, Duly Selected for School Purposes According to Law.— Motion to confirm report of official referee and to direct payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

WALTER P. JOYCE, Appellant, v. JACOB H. STEIN, Respondent.— Motion to dismiss appeal denied. (See Civ. Prac. Act, § 240.) Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

MATILDA M. LION and Others, Respondents, v. BARBARA M. WRIGHT, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

SARAH A. McKNIGHT, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY and WILLIAM G. PILGRIM, Appellants.— Motion for leave to appeal to the